IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| PATRICIA GAIL CORDELL | § | |
| VS. | § | CIVIL ACTION NO. 6:11cv212 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

<u>ORDER OF DISMISSAL</u>

Plaintiff Patricia Gail Cordell filed the above-styled and numbered civil action pursuant to the Social Security Act, Section 205(g) for judicial review of the Commissioners's denial of her application for Social Security benefits. The cause of action was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the decision of the Commissioner should be affirmed and the complaint be dismissed. Plaintiff has filed written objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Plaintiff's objections are **OVERRULED**. It is further

**ORDERED** that the Report and Recommendation (docket entry #17) is **ADOPTED**. It is further

**ORDERED** that the decision of the Commissioner is **AFFIRMED** and the complaint is **DISMISSED** with prejudice. It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

 It is SO ORDERED.

SIGNED this 15th day of May, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE